MARY K. MCNAMEE, Respondent, *v.* RUTH A. GRIFFIN, Appellant.

Submitted June 6, 1955; decided June 9, 1955.

*Abraham M. Perkus* and *Joseph Winston* for motion for reargument and in opposition to cross motion.

*Mortimer Goodman* for cross motion and in opposition to motion for reargument.

Motion granted, and, upon reargument, motion for a stay granted on condition (1) that within ten days appellant serve and file an undertaking in the sum of $1,000 to the effect that if the judgment appealed from is affirmed, or the appeal is dismissed, she will pay the sum directed to be paid by the judgment in excess of the $15,000 now on deposit, and (2) that the appeal be argued during the October, 1955, session of the Court of Appeals; otherwise, motion denied. Cross motion denied.